**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| VS. | ) | CR. NO. 1:17-10082-STA |
| KEVIN PERRY, | ) ) ) | |
| Defendant. | ) | |

**ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING**

This cause came to be heard on June 18, 2018, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Kevin Perry, appearing in person, and with counsel, Lloyd Tatum.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, SEPTEMBER 18, 2018 at 11:00 A.M., before Chief S. Thomas Anderson.**

Defendant is to remain released on present bond.

**ENTERED** this the 18th day of June, 2018.

                    s/ S. Thomas Anderson
                   CHIEF JUDGE, U. S. DISTRICT COURT