IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE, EASTERN DIVISION

UNITED STATES OF AMERICA      )
                              )
                              )
vs.                           )      NO. 1-17-CR-10082-STA
                              )
                              )
KEVIN PERRY,                  )
                              )
          Defendant           )

ORDER CONTINUING SENTENCING HEARING AND NOTICE OF RESETTING

Upon Motion of the Defendant, Kevin Perry and the Government having no objection;

IT IS HEREBY ORDERED THAT the Defendant's Sentencing presently set for November 30, 2018 @ 11:00 a.m. is reset to **FRIDAY, DECEMBER 21, 2018 @ 11:00 a.m.**

IT IS SO ORDERED this 27th day of November, 2018.


                    s/S. Thomas Anderson
                    CHIEF UNITED STATES DISTRICT JUDGE